**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MELISSA EDDY,** | : | Case No.: 1:15-cv-00443 |
| | : | Judge: Timothy S. Black |
| Plaintiff, | : | Magistrate Judge: Karen L. Litkovitz |
| vs. | : | |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.** | : | **STIPULATION OF DISMISSAL** |
| | : | |
| Defendants. | : | |

The parties hereto, by and through counsel, hereby enter into this Stipulation of Dismissal pursuant to the provisions of Rule 41(a)(1)(A)(ii).  The parties represent that this action has been settled or compromised and agree that the dismissal is with prejudice as to re-filing.

|   |   |
|---|---|
|  | /Per Email Authorization/ |
| /s/Edward C. Ahlers | /s/Brett K. Bacon |
| Edward C. Ahlers (0014940) | Brett Bacon, Esq. (0022826) |
| CROWLEY, AHLERS & ROTH CO., L.P.A. | FRANTZ WARD, LLP |
| 414 Walnut Street, Suite 707 | 200 Public Square, Suite 3000 |
| Cincinnati, Ohio 45202-3979 | Cleveland, Ohio  44114-1230 |
| Phone: (513) 621-1652 | (216) 515-1660 |
| Fax: (513) 621-8430 | (216) 515-1652 (facsimile) |
| E-mail: eahlers@ohio-comp.com | bbacon@franzward.com |
| Attorney for Plaintiff, Melissa Eddy | Attorney for Defendants, Unum Life Insurance Co. of America and Humana Inc. Long Term Disability Plan |